## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE:**                                                      **CASE NO. 11-694**

**GAYLE O. JENKINS**                                   **CHAPTER 11**
          **DEBTOR**

---

**Case No. 658-377 "I" c/w Case No. 655-940 "B"**
**Twenty Fourth Judicial District Court**
**Parish of Jefferson**
**State of Louisiana**

**SIMMS HARDIN COMPANY, LLC ET AL**

**VERSUS**

**3901 RIDGELAKE DRIVE, LLC ET AL**


## <u>NOTICE OF REMOVAL</u>

  **NOW INTO COURT**, through undersigned counsel, comes, Debtor, Gayle O.

Jenkins, and removes the attached **Joint Petition To Enforce Contractor's Liens,** Case

No. 658-377 Division "I"   filed by Simms Hardin Company, LLC against 3901

Ridgelake Drive LLC, which has been consolidated with Case No. 655-940 Division "B",

**Petition for Damages,** pending in the 24th Judicial District Court.

  A copy of the **Joint Petition To Enforce Contractor's Liens,** Answer, Service

of Citation and Order of Transfer is attached herein to this Notice of Removal. As

grounds for the removal, Debtor, Defendant represents:

I.

  That on January 18, 2011, Debtor filed a voluntary Petition for Relief, pursuant to

Chapter 11 of Title 11.

1

II.

In connection with the Chapter 11 proceeding, Debtor intends to institute an adversary action against the plaintiffs named in the above referenced **Joint Petition to Enforce Contractor's Liens,** currently pending in the 24th Judicial District Court for the State of Louisiana.

III.

That action pertains to property of the debtor's estate, and as such pursuant to 28 U.S.C. § 1334 (e) (1), the district court in which the case under title 11 is commenced or is pending shall have exclusive jurisdiction of all property, wherever located, of the debtor as of the commencement of such case, and of the property of the estate.

IV.

The above referenced action pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana involves an action against the debtor as surety for the liens filed against real property, of which the debtor has an interest. As such, these actions directly involve property of the debtor's estate, and an Adversary complaint will be initiated after the case is appropriately removed from state court.

V.

The action now pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, are properly removed to this Court pursuant to 28 U.S.C. 157, and Local Rule 83.4.1, in that the action in state court arises and is related to a core proceeding the bankruptcy estate of the above referenced debtor.

RESPECTFULLY SUBMITTED:

COUHIG PARTNERS, LLC

/s/ Anne L. Neeb

_____

Anne L. Neeb (#09912)
643 Magazine Street  Suite 300
New Orleans, Louisiana 70130
Tel. (504) 599-5773
Fax (504) 588-9750
aneeb@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system, which will send notification of electronic filing to counsel of record.

/s/ Anne LaCour Neeb

_____

Anne L. Neeb

3

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE Judge Elizabeth Magner; Section A USBC 11-10156

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

CODED

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA **DIV. I**

NO. *658377*   JUDGE DIVISION " "
JO ELLEN GRANT   *I*

SIMMS HARDIN COMPANY, LLC, SHARP ELECTRIC, INC., GALLO
MECHANICAL, INC., COMMERCIAL PAINT COMPANY, INC., CRASTO
GLASS AND MIRROR COMPANY, INC., AND YEAR ROUND HEATING
AND AIR CONDITIONING, INC.

**VERSUS**

3901 RIDGELAKE DRIVE, L.L.C., CONSTRUCTIONSOUTH, INC.,
AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND, DOROTHY
WATKINS, WIFE OF/AND EDWIN C. DORVIN, DWAYNE R. McCLURE, BRYAN P.
SCOFIELD, PATRICIA BARILLEAU, WIFE OF/AND DONALD C. ZERANGUE,
FRANCIS LOPINTO, WIFE OF/AND WILLIAM J. DWYER, ANNA CANNIZZARO,
WIFE OF/AND ROBERT A. STEINER, CYNTHIA ANTHONY, WIFE OF/AND
MICHAEL S. BRANDNER, SR., AMERICA, WIFE OF/AND GERMAN GACHARNA,
AND ANTHONY P. DOUGHTY

FILED: _____     _____

DEPUTY CLERK

JOINT PETITION TO ENFORCE CONTRACTORS' LIENS

The joint petition of SIMMS HARDIN COMPANY, LLC, SHARP ELECTRIC, INC.,

GALLO MECHANICAL, INC., COMMERCIAL PAINTING COMPANY, INC., CRASTO

GLASS AND MIRROR COMPANY, INC., AND YEAR ROUND HEATING AND AIR

CONDITIONING, INC., all legal entities authorized to do and doing business in the State

of Louisiana, respectfully represents that:

1.

The status of each plaintiff is as follows:

a)     Simms Hardin Construction Company, Inc., a domestic corporation,
domiciled in the Parish of Orleans, State of Louisiana;

b)     Sharp Electric, LLC, a domestic business corporation, domiciled in the
Parish of Jefferson, State of Louisiana;

c)     Gallo Mechanical, L.L.C., a domestic limited  liability company, domiciled
in the Parish of Jefferson, State of Louisiana;

d)     .Commercial Paint Company, Inc., a domestic corporation, domiciled in the
Parish of Jefferson, State of Louisiana;

e)     Crasto Glass and Mirror Company, Inc., a domestic corporation, domiciled
in the Parish of Orleans, State of Louisiana; and

IMAGED APR 11 '08

e)     Year Round Heating and Air Conditioning Company, Inc., a domestic corporation, domiciled in the Parish of St. Tammany, State of Louisiana.

2.

The following parties are made defendants herein:

a)     3901 Ridgelake Dr., L.L.C., a limited liability company, with its principal place of business in the Parish of Jefferson, State of Louisiana, is owner and developer of the project known as the Pontchartrain Caye Condominiums located at 3901 Ridgelake Drive, Metairie, Louisiana;

c)     ConstructionSouth, Inc. ("CS"), a limited liability company, with its principal place of business in the Parish of Jefferson, State of Louisiana, is a commercial general contractor who contracted with 3901 Ridgelake Dr., LLC pursuant to AIA Document A107-1997 dated March 24, 2004 to construct the project known as Pontchartrain Caye Condominiums;

c)     Fidelity and Deposit Company of Maryland ("F&D"), a foreign property and casualty company with its principal place of business in Baltimore, Maryland, is a surety company that issued a Labor and Material Payment Bond (AIA Document A311) and Performance Bond (AIA Document A311) in connection with this Project;

d)     Dorothy Watkins, wife of/and Edwin C. Dorvin, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

e)     Dwayne R. McClure and Bryan P. Scofield, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

f)     Patricia Barilleau, wife of/and Donald C. Zerangue, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

g)     Frances Lopinto wife of/and William J. Dwyer, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

h)     Anna Cannizzaro, wife of/and Robert A. Steiner, persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

i)     Cynthia Anthony, wife of/and Michael S. Brandner, Sr., persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

j)     American, wife of/and German Gachama, persons of the full age of majority

-2-

IMAGED APR 1 1 '08

domiciled in the Parish of Jefferson, State of Louisiana; and

    k)    Anthony P. Doughty, a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana.

Defendants listed as (d) through (k) are owners of individual units ("Unit Owners") in the condominium complex known as Pontchartrain Caye Condominiums.

3.

Defendants, 3901 Ridgelake, L.L.C., CS, F&D and the Unit Owners, are jointly and severally indebted to petitioners in the following sums  as follows:

    1)    Commercial Paint Company, Inc., in the amount of $58,563.10;

    2)    Simms Hardin Company, LLC, in the amount of $106,248.00;

    3)    Year Round Heating and A/C, Inc., in the amount of $127,028.70;

    4)    Gallo Mechanical Contractors, Inc., in the amount of $78,382.20;

    5)    Crasto Glass and Mirror Company, Inc., in the amount of $45,346.80;

    6)    Sharp Electric, Inc., in the amount of $91,492.60.

Defendants, 3901 Ridgelake, L.L.C., and CS, F&D and Unit Owners, are jointly and severally indebted to the petitioners in the above-stated sums for the following reasons:

4.

Each of the petitioners as subcontractors, entered into AIA contracts with ConstructionSouth, Inc., the general contractor on the project known as Pontchartrain Caye Condominiums, owned and developed by defendant, 3901 Ridgelake, L.L.C.,  by which each of the plaintiff subcontractors would provide the labor, materials and supplies in and for its discipline for the construction project known as Pontchartrain Caye Condominiums located at 3901 Ridgelake Drive, Metairie, Louisiana.

5.

Petitioners delivered to the above-described property the material, supplies and labor for their respective disciplines having a value, as will more fully appear from their respective invoices annexed hereto and marked as Exhibit "A" *in globo*.  The materials were incorporated into the Project.  Petitioners have completed all work required under their subcontracts."

-3-

**IMAGED** APR 1 1 '08

were incorporated into the Project.  Petitioners have completed all work required under their subcontracts."

6.

Defendants, 3901 Ridgelake, L.L.C. and CS, have failed to make any payments on this outstanding indebtedness despite amicable demand.

7.

Pursuant to La. R.S. 9:4801 *et seq.*, Louisiana Private Works Act, petitioners herein filed a "Statement of Lien Claim" in connection with this project at 3901 Ridgelake Drive, Metairie, Louisiana, Lots 7, 8, 9 10, 11, 12 and 13, Square 53, Harlem Parkway Subdivision, Parish of Jefferson, State of Louisiana in the mortgage records of the Parish of Jefferson, State of Louisiana on April 16, 2007.  A copy of those "Statement of Lien Claims" are attached hereto as Exhibit "B" *in globo.*

8.

In correspondence dated April 20, 2007, by certified mail, return receipt requested, CS through its counsel notified 3901 Ridgelake, L.L.C. of the filing of the plaintiffs' "Statement of Lien Claim" under the Louisiana Private Works Act.  A copy of that notice is attached hereto as Exhibit "C".

9.

As a result of the foregoing, the defendants are jointly, severally and solidarily liable to petitioners for all sums respectively due and as set forth in Paragraph 3 herein above in the performance of work and materials provided on the project at 3901 Ridgelake Drive, Metairie, Louisiana, as well as for reasonable attorney's fees and all costs and expenses relative to the collection thereof together with interest at the rate of 1% per month accruing per month, as provided for in the construction contract AIA Document A107-1997 between defendants, 3901 Ridgelake Dr., LLC and CS.

10.

In addition, pursuant to La. R.S. 9:4801 *et seq.*, petitioners are entitled to costs and attorney's fees for filing and pursuing this claim.

11.

The claims presented herein are subject to a mandatory arbitration agreement as

IMAGED APR 1 1 '08

other just and equitable relief.

Respectfully submitted,

Danny G. Shaw (Bar #11977)
Michael F. Weiner (Bar #23359)
Baker, Donelson, Bearman,
   Caldwell, Berkowitz, P.C.
3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471-3345
Telephone: (504) 819-8401
ATTORNEY FOR SIMMS HARDIN COMPANY
AND SHARP ELECTRIC COMPANY, INC.

Mr. Joseph L. Spilman, III (Bar #17813)
Hailey, McNamara, Hall, Larmann
  & Papale, LLP
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, Louisiana 70001
Telephone: (504) 836-6500
ATTORNEY FOR GALLO MECHANICAL, INC.

Gregory S. Marsiglia (Bar #25258)
Lowe, Stein, Hoffman, Allweiss & Hauver
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
ATTORNEY FOR YEAR ROUND HEATING
AND AIR CONDITIONING COMPANY, INC.

Denise Puente (Bar #18360)
Simon, Pergaine, Smith & Redfearn, LLP
Suite 3000, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
ATTORNEY FOR COMMERCIAL PAINT
COMPANY, INC.

J. Warren Gardner, Jr. (Bar #5928)
Christovich & Kearney, LLP
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 581-5700
ATTORNEY FOR CRASTO GLASS & MIRROR
COMPANY, INC.

**PLEASE WITHHOLD SERVICE AT THIS TIME**

-6-

IMAGED APR 11 '08

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

No. 658-377

Division "I"

Simms Hardin Company, LLC, Sharp Electric, Inc
Gallo Mechanical, Inc., Commercial Paint Company, Inc.,
Crasto Glass and Mirror Company, Inc., and
Year Round Heating and Air-Conditioning, Inc.

v.

3901 Ridgelake Drive, LLC, Constructionsouth, Inc.,
Fidelity & Deposit Company of Maryland, Dorothy Watkins, wife of/ and Edwin C.
Dorvin, Dwayne R. McClure, Bryan P. Scofield, Patricia Barilleau,
Wife of/and Donald C. Zerangue, Francis Lopinto, wife of/and William J. Dwyer,
Anna Cannizzaro, wife of /and Robert A. Steiner, Cynthia Anthony, wife of/and
Michael S. Bradner, Sr. America, wife of/and German Gachama, and
Anthony P. Doughty

FILED:_____          _____
                                                    DEPUTY CLERK

## ANSWER, PEREMPTORY EXCEPTIONS, RECONVENTIONAL DEMAND AND WRIT OF MANDAMUS

### ANSWER

NOW INTO COURT, through undersigned counsel, comes Defendant, 3901

Ridgelake Drive, L.L.C. (hereinafter "Ridgelake"), who answers Plaintiffs' Petition as

follows:

I.

The allegations of Paragraph 1 are denied for lack of information sufficient to

justify a belief therein.

II.

The allegations of Paragraph 2 require no answer, but out of an abundance of

caution, are denied.

III.

The allegations of Paragraph 3 are denied.

ISSUED _____
_____
DATE _____
_____
Deputy Clerk

IMAGED
IMAGED

IV.

The allegations of Paragraph 4 are denied for lack of information sufficient to justify a belief therein.

V.

The allegations of Paragraph 5 are denied.

VI.

The allegations of Paragraph 6 are denied.

VII.

The allegations of Paragraph 7 denied for lack of information sufficient to justify a belief therein.

VIII.

The allegations of Paragraph 8 are denied.

## PEREMPTORY EXCEPTIONS OF NO CAUSE OF ACTION, NO RIGHT OF ACTION AND PRESCRIPTION

AND NOW, Defendant, 3901 Ridgelake Drive, LLC (hereinafter "Ridgelake"), also excepts to the Petition of Plaintiffs as follows:

I.

The Plaintiffs have no cause of action, no right of action and their claims have prescribed because the liens filed herein were filed more than 60 days from substantial completion of the applicable work, and therefore their alleged privileges pursuant to La. Rev. Stat. 9:4801, et seq. were extinguished pursuant to La. Rev. Stat. 9:4822.

II.

The plaintiffs have no cause of action, no right of action and their claims have prescribed against any bond posted by Ridgelake because the liens filed herein were extinguished by being filed more than 60 days from substantial completion of the applicable work pursuant to La. Rev. Stat. 9:4822.

## RECONVENTIONAL DEMAND

AND NOW, assuming the position of Plaintiff in Reconvention, 3901 Ridgelake

IMAGED    SEP 2 1 2009

2                        658377

Drive, L.L.C. (hereinafter "Ridgelake), shows:

I.

Plaintiff in Reconvention, 3901 Ridgelake Drive, LLC, is a Louisiana limited liability corporation.

Defendant in Reconvention, Simms Hardin Construction Company, Inc,. is a domestic corporation, domiciled in the Parish of Orleans, State of Louisiana, who was a Subcontractor on work done at 3901 Ridgelake Drive;

Defendant in Reconvention, Sharp Electric, LLC, is a Louisiana limited liability company, domiciled in the Parish of Jefferson, State of Louisiana, who was a Subcontractor on work done at 3901 Ridgelake Drive;

Defendant in Reconvention, Gallo Mechanical, LLC, is a domestic limited liability company, domiciled in the Parish of Jefferson, State of Louisiana, who was a Subcontractor on work done at 3901 Ridgelake Drive;

Defendant in Reconvention, Commercial Paint Company, Inc., is a domestic corporation domiciled in the Parish of Jefferson, State of Louisiana, who was a Subcontractor on work done at 3901 Ridgelake Drive;

Defendant in Reconvention, Crasto Glass and Mirror Company, Inc., is a domestic corporation, domiciled in the Parish of Orleans, State of Louisiana, who was a Subcontractor on work done at 3901 Ridgelake Drive;

Defendant in Reconvention, Year Round Heating and Air Conditioning Company, Inc. is a domestic corporation, domiciled in the Parish of St. Tammany, State of Louisiana, who was a Subcontractor on work done at 3901 Ridgelake Drive;

Defendant in Reconvention, The Clerk of Court for the Parish of Jefferson, in his official capacity is the Recorder of Mortgages for the Parish of Jefferson, State of Louisiana;

II.

The Defendants in Reconvention Subcontractors each filed a "Statement of Lien Claim" against Lots 7, 8, 9, 10, 11, 12 and 13, Square 53, Harlem Parkway Subdivision, in the Parish of Jefferson, State of Louisiana on April 16, 2007, in the Office of the Recorder of Mortgages, for the Parish of Jefferson.

IMAGED — ʑ 1 2009

658377

III.

These Subcontractors relied on La. Rev. Stat. 9:4801, et. seq., and the Louisiana Private Works Act, as the basis for filing their lien claims.

IV.

The statements of claims attached to the Plaintiff's Petition to Enforce Liens were not filed within 60 days from substantial completion of the applicable work as required by La. Rev. Stat. 9:4822.

V.

The statement of lien claims were wrongfully filed and clouded title to the improvement.

VI.

On April 23, 2007 the owner demanded the Subcontractors' liens be immediately removed from the public record.

VII.

The April 23rd letter to Constructionsouth, Inc. and Fidelity & Deposit states: "interestingly, all of the lien claims are on identical forms and all were recorded at the same time, as clearly shown by the seriatim nature of the recordations. That being the case, I suspect that there was a concerted effort by someone to have the subcontractors file those liens."

VIII.

On April 24, 2007 the owner, made demand by certified mail, return receipt requested, to each Subcontractor to have the liens removed and referred Subcontractors to the performance bond related to the project, with Fidelity & Deposit Co. of Maryland, 650 Poydras Street, Suite 1250, New Orleans, Louisiana, 70130, telephone, 504-561-8802.

IX.

On April 25, 2007, the Owner again made demand on Constructionsouth, Inc., its General Contractor, and its bonding company, Fidelity & Deposit, to remove the liens

IMAGED ... 21 2009
658377

filed by the Subcontractors or else suffer the damages for allowing them to remain on the public record.

## X.

On June 7, 2007, the Owner again demanded that the General Contractor and its bonding company remove the liens from the property at 3901 Ridgelake Drive.

## XI.

In order to proceed with sales of the condominium units, and to quiet title Reconvenor, incurred costs and fees of procuring a bond for the cancellation of the liens on the property.

## XII.

Pursuant to LRS 9:4833, the Subcontractors are liable for damages suffered by the owner and for reasonable attorney fees.

## XIII.

Owner, 3901 Ridgelake Drive, LLC, has suffered damages in the amount of the cost of the bond posted by Owner in the amount of $695,000.00 to date and continuing until such bond is cancelled plus lost sales of condominium units as a result of the liens being filed, and all costs, interest and damages for providing security for the bond posted.

## XIV.

Pursuant to La R.S. 44:112 and 44:114, 3901 Ridgelake Drive, LLC also brings this claim against the Recorder of Mortgages for the Parish of Jefferson in his official capacity to declare the extinguishmnet of the lien and/or privilege claims asserted by the Subcontractors as referenced above and to compel the return of the bond posted by Owner as referenced above.

## XV.

In the alternative, and only in the event that any of the lien or privilege claims asserted by the Subcontractors is not deemed to be extinguished or the bond posted by Owner is not compelled to be returned to the Owner, the Recorder of Mortgages should be ordered to substitute the bond of Fidelity & Deposit Co. of Maryland executed in favor of 3901 Ridgelake Drive, LLC attached hereto and made a part hereof as Exhibit 1 for the

IMAGED  SEP 21 2009

658377

bond previously accepted by the Recorder of Mortgages to extinguish the liens which had been filed by the Subcontractors.

## XVI.

The bond of Fidelity & Deposit Co. of Maryland was procured and covers any lien and privilege claims by the Subcontractors that were not extinguished.

## XVII.

Pursuant to La. Rev. Stat 44:114(B), this action against the Recorder of Mortgages may be by writ of mandamus, which is a summary proceeding.

WHEREFORE, Defendant, 3901 Ridgelake Drive, L.L.C., prays that after due proceedings, there be judgment herein in favor of Defendant, 3901 Ridgelake Drive, L.L.C., and against the Plaintiffs, dismissing the claims of Plaintiffs and for all costs of these proceedings; for judgment in favor of 3901 Ridgelake Drive, LLC and against the Defendants in Reconvention, Simms Hardin Construction Company, Inc., Sharp Electric, LLC, Gallo Mechanical, LLC, Commercial Paint Company, Inc., Crasto Glass and Mirror Company, Inc., Year Round Heating and Air Conditioning Company, Inc. for damages, costs, and attorney's fees pursuant to La. R.S. 9:4833 et seq. and La. R.S. 44:114, and that the Recorder of Mortgages for the Parish of Jefferson be ordered to return the bond in its possession posted by 3901 Ridgelake Drive, LLC, or in the alternative, to substitute the bond of Fidelity & Deposit Co. of Maryland, and for all other relief that is just and equitable.

Respectfully Submitted,

**ADAMS AND REESE, LLP**

Anne L. Neeb, Bar #9912
Philip A. Franco Bar #5819
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: 504-581-3234

ATTORNEYS FOR
3901 RIDGELAKE DRIVE., L.L.C.

**IMAGED** SEP 21 2009

6

658377

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served

on all counsel of record by placing same in the United States Mail, postage pre-paid this

_____ day of September, 2009.

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

No. 658-377                                    Division "I"

Simms Hardin Company, LLC, Sharp Electric, Inc
Gallo Mechanical, Inc., Commercial Paint Company, Inc.,
Crasto Glass and Mirror Company, Inc., and
Year Round Heating and Air-Conditioning, Inc.

v.

3901 Ridgelake Drive, LLC, Constructionsouth, Inc.,
Fidelity & Deposit Company of Maryland, Dorothy Watkins, wife of/ and Edwin C.
Dorvin, Dwayne R. McClure, Bryan P. Scofield, Patricia Barilleau,
Wife of/and Donald C. Zerangue, Francis Lopinto, wife of/and William J. Dwyer,
Anna Cannizzaro, wife of /and Robert A. Steiner, Cynthia Anthony, wife of/and
Michael S. Bradner, Sr. America, wife of/and German Gacharna, and
Anthony P. Doughty

FILED:_____          _____
                                                DEPUTY CLERK


**RULE TO SHOW CAUSE**

Considering the foregoing Peremptory Exceptions and the Writ of Mandamus

sought herein by 3901 Ridgelake Drive, LLC;

IT IS ORDERED, that Simms Hardin Construction Company, Inc., Sharp

Electric, LLC, Gallo Mechanical, LLC, Commercial Paint Company, Inc., Crasto Glass

and Mirror Company, Inc., Year Round Heating and Air Conditioning Company, Inc.,

and the Recorder of Mortgages for the Parish of Jefferson appear and show cause on the

___9___ day of _October_, 2009 at _9____ o'clock, why the Peremptory

Exceptions and Writ of Mandamus sought should not be granted as prayed for.

Gretna, Louisiana, this ___9__ day of _Sept_____, 2009.



_____
                          24th Judicial District Court Judge

Please Serve: CY# 51544
                  #LODD orleans
Simms Hardin Company              CN,1Sheviff
Through its Counsel of Record
Danny G. Shaw
Baker, Donelson, Bearman, Caldwell, Berkowitz      IMAGED ...r 21 2009

# STATE OF LOUISIANA

## 24th Judicial District Court for the Parish of Jefferson

No.: 658-377                                   Division: " I "

SIMMS HARDIN COMPANY, LLC ET AL

vs.

3901 RIDGELAKE DR.,LLC ET AL

FILE FOR RECORD
2010 JUN 18  PM 3:34
DEPUTY CLERK
PARISH OF JEFFERSON, LA

## ORDER OF TRANSFER

### Under Civil Rule II, Section 5(c)

IT IS ORDERED BY THE COURT that the above numbered and entitled matter be transferred to the docket of the Honorable _____CORNELIUS E. REGAN_____,

Judge, Division "___B___" of the 24th Judicial District Court, in and for the Parish of Jefferson, State of Louisiana, for all further proceedings and final disposition.

Gretna, Louisiana.

This _____ day of ___July___ 20 10.

_____
JUDGE, (DIVISION "  I  ") 24TH JUDICIAL DISTRICT COURT

CODED

APPROVED AND ACCEPTED:

On this _26th_ day of ___July___ 20 10.

_Cornelius E. Regan_
JUDGE, (DIVISION "___B___") 24th JUDICIAL DISTRICT COURT

(FILE ORDER OF TRANSFER IN RECORD BEARING HIGHEST NUMBER AND TITLE THEREOF. MAIL COPY TO EACH ATTORNEY OF RECORD)

ATTORNEY: _Anne LaCour Neeb_
Attorney's Signature

ATTORNEY'S NAME: Anne LaCour Neeb

ADDRESS: 643 Magazine Street  Suite 300

CITY/STATE/ZIP: New Orleans, LA 70113 0

IMAGED AUG - 3 2010

CODED

1cc to H. Marsiglia   1cc to C. Zainey   1cc to M. Weiner  1cc to P. Noya
1cc to A. Neeb                            1cc to J. Culotta
                          **A**            1cc to D. Puente
658-377 c/w 655-940                       1cc to J. Gardner

CODED



JON A. GEGENHEIMER, CLERK OF COURT
JEFFERSON PARISH
PO BOX 10
GRETNA, LA 70054

DATE: 08-02-10

CASE NO.: **658-377 B**

## SIMMS HARDIN COMPANY, LLC ET AL

### VERSUS

### 3901 RIDGELAKE DR., LLC ET AL

AS PER ORDER OF TRANSFER DATED JULY 28, 2010 SIGNED BY JUDGE
NANCY A. MILLER, DIVISION "I".   APPROVED AND ACCEPTED ORDER
SIGNED ON JULY 26, 2010 BY JUDGE CORNELIUS E. REGAN, DIVISION "B".
CASE IS TRANSFERRED TO DIVISION B, JUDGE CORNELIUS E. REGAN.

REQUESTED BY: ANNE LACOUR NEEB – ATTY.

DEPUTY CLERK:  Tracy Goodwyne Smith
CORRECTIONS/TRAINING
TELEPHONE NO.: 364-3961 OR 364-3962

AUG-02-2010  16:03                    24TH JDC

TOTAL P.01
P.01

IMAGED AUG - 3 2010

# DIV. I

## JUDGE
## JO ELLEN GRANT



(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C

080711-9908-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
    versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, ET AL

Case: 658-377   Div: "I"
P 1  SIMMS HARDIN COMPANY
LLC

To: CONSTRUCTIONSSOUTH INC
(CONSTRUCTIONSOUTH, INC.)
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CONRAD APPEL
721 PAPWORTH STREET,STE 201
METAIRIE LA 70005

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

*Brandy Sinclair*

Brandy G. Sinclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C

080711-9908-0

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____ a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from the residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE: $ _____
MILEAGE: $ _____
   TOTAL: $ _____

BY: _____
Deputy Sheriff

IMAGED JUL 1 8 2008
IMAGED SEP 1 9 2008

# DIV. I
## JUDGE
### JO ELLEN GRANT

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C                                    080711-9914-8

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
    versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, ET AL

Case: 658-377   Div: "I"
P 1  SIMMS HARDIN COMPANY
LLC

To: ANNA CANNIZZARO.
WIFE OF/AND ROBERT A. STEINER
3901 RIDGELAKE DRIVE,UNIT 4C
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C                                    080711-9914-8

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day
_____ served the above named party as follows:

PERSONAL SERVICE on the party herein named.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE: $ _____       BY: _____
MILEAGE: $ _____       Deputy Sheriff,
TOTAL: $ _____

IMAGED SEP 1 9 2008

# DIV. I
## JUDGE
## JO ELLEN GRANT

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;    080711-9910-6
EXHIBIT IN GLOBO A-C

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
   versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, ET AL

Case: 658-377   Div: "I"
P 1  SIMMS HARDIN COMPANY
LLC

To: DOROTHY WATKINS
WIFE OF/AND EDWIN C. DORVIN
3901 RIDGELAKE DRIVE
UNIT 4B
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;    080711-9910-6
EXHIBIT IN GLOBO A-C

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____ a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this ____ day of _____

SERVICE: $ _____
MILEAGE: $ _____   BY: _____
TOTAL: $ _____   Deputy Sheriff

IMAGED SEP 1 9 2008



**DIV. I**
JUDGE
**JO ELLEN GRANT**

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C                          080711-9915-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
   versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, ET AL

Case: 658-377    Div: "I"
P 1  SIMMS HARDIN COMPANY
LLC

To: CYNTHIA ANTHONY
WIFE OF/AND MICHAEL S. BRANDNER, SR.
3901 RIDGELAKE DRIVE, UNIT 6B
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

Brandy Sinclair
Brandy G. Sinclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C                          080711-9915-5

**SERVICE INFORMATION**

Received on the _____ day of _____ and on the _____ day of
_____, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____ a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE: $ _____
MILEAGE: $ _____
  TOTAL: $ _____        BY: _____
                  Deputy Sheriff

IMAGED SEP 1 9 2008

Page 1 of 1

**DIV. I**
JUDGE
JO ELLEN GRANT

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C

080711-9913-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
   versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, ET AL

Case: 658-377  Div: "I"
P 1 SIMMS HARDIN COMPANY
LLC

To: FRANCIS LORINTO FRANCES LOPINTO
WIFE OF/AND WILLIAM J. DWYER
3901 RIDGELAKE DRIVE,UNIT 5C
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS;
EXHIBIT IN GLOBO A-C

080711-9913

### SERVICE INFORMATION

Received on the _____ day of _____ and on the _____ day
_____ served the above named parties as follows:

PERSONAL SERVICE on the party herein named

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____ a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE: $ _____   BY: _____
MILEAGE: $ _____   Deputy Sheriff
TOTAL: $ _____

IMAGED SEP 1 9 2008

# DIV. I
### JUDGE
### JO ELLEN GRANT

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS,
EXHIBIT IN GLOBO A-C                                              080711-99172

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
   versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, ET AL

Case: 658-377   Div: "I"
P 1: SIMMS HARDIN COMPANY
LLC

To: ████████████████
(PATRICIA BARRILLEAUX, WIFE OF/AND DONALD C.
ZERANGUE)
3901 RIDGELAKE DRIVE, UNIT 5B
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS,
EXHIBIT IN GLOBO A-C                                              080711-99172

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE: $ _____     BY: _____
MILEAGE $ _____           Deputy Sheriff
    TOTAL: $ _____

**IMAGED** JUL 1 8 2008

# DIV. I

## JUDGE
## JO ELLEN GRANT

(101) Citation ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS:
EXHIBIT IN GLOBO A-C                                          080711-99053

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP STEEL, INC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
    versus
3901 RIDGELAKE DRIVE, LLC, CONSTRUCTION SOUTH
INC, ET AL

Case. 658 377    Div: ""
P 1  SIMMS HARDIN COMPANY
LLC

To: ANTHONY P. DOUGHTY
3901 RIDGELAKE DRIVE, UNIT 3C
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G SLAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

_Brandy Gisclair_
Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS:
EXHIBIT IN GLOBO A-C                                          080711-99053

### SERVICE INFORMATION

Received on the _____ day of _____ and on the _____ day
_____ served the above named party as follows.

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED Parish of _____ this ____ day of _____

SERVICE  $ _____        BY _____
MILEAGE  $ _____                 Deputy Sheriff
    TOTAL  $ 20

**AGED JUL 1 8 2008

**AGED JUL 1

# DIV. I

## JUDGE
## JO ELLEN GRANT

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS:
EXHIBIT IN GLOBO A-C                                    080711.9959.3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
    versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSOUTH
INC, ET AL

Case: 658 377   DIV "I"
P 1  SIMMS HARDIN COMPANY
LLC

To: BRYAN P. SCOFIELD
3901 RIDGELAKE DRIVE, UNIT 5A
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 11th day of July, 2008.

_Brandy Sinclair_

Brandy G. Sinclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LIENS:
EXHIBIT IN GLOBO A-C                                    080711.9959.3

## SERVICE INFORMATION

Received on the _____ day of _____ and on the _____ day of
_____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE: $ _____        BY: _____
MILEAGE: $ _____              Deputy Sheriff
   TOTAL: $ _____

IMAGED JUL 1 8 2008

# DIV. I
## JUDGE
### JO ELLEN GRANT



**RECEIVED**

JUL 18 2008

E.B.R. SHERIFF'S OFFICE

FILED FOR RECORD

DEPUTY CLERK
PARISH OF JEFFERSON

2008 JUL 24 PM 12: 05

**IMAGED** JUL 2 4 2008

**DIV. I**

**JUDGE**
**JO ELLEN GRANT**

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C

081015-6385-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
    versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
ET AL

Case: 658-377   Div: "I"
P 1 SIMMS HARDIN COMPANY
LLC

To: MICHAEL S. BRANDNER SR
3901 RIDGELAKE DRIVE,UNIT 6B
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 15th day of October, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C

**CODED**

**SERVICE INFORMATION**

Received on the _____ day of _____, _____ and on the _____ day
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE: $ _____     BY: _____
MILEAGE: $ _____            Deputy Sheriff
    TOTAL: $ _____

IMAGED OCT 2 1 2008

DIV. 1
JUDGE
JO ELLEN GRANT

17-21

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C

081015-6382-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
   versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
ET AL

Case: 658-377   Div: "I"
P 1 SIMMS HARDIN COMPANY
LLC

To: DONALD C. ZERANGUE
3901 RIDGELAKE DRIVE,UNIT 5B
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 15th day of October, 2008.

Brandy G. Sinclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C

081015-6382-6

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE: $ _____
MILEAGE: $ _____
TOTAL: $ _____

BY: _____
Deputy Sheriff

IMAGED OCT 2 2 2008

# DIV. I

## JUDGE
## JO ELLEN GRANT

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C                                                081015-6383-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC

**Case: 658-377   Div: "I"**
**P 1  SIMMS HARDIN COMPANY**
**LLC**

versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
ET AL

To: WILLIAM J. DWYER
3901 RIDGELAKE DRIVE, UNIT 5C
METAIRIE LA 70002



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 15th day of October, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C                                                081015-6383-4

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE $ _____ BY: _____
MILEAGE: $ _____          Deputy Sheriff
      TOTAL: $ _____

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN; EXHIBIT A,B,C

081015-6381-8

17-23

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

# DIV. I
JUDGE
JO ELLEN GRANT

SIMMS HARDIN COMPANY LLC, SHARP ELECTRIC INC,
GALLO MECHANICAL INC, COMMERCIAL PAINT
COMPANY INC, CRASTO GLASS AND MIRROR
COMPANY INC, YEAR ROUND HEATING AND AIR
CONDITIONING INC
  versus
3901 RIDGELAKE DRIVE LLC, CONSTRUCTIONSSOUTH
INC, FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
ET AL

Case: 658-377   Div: "I"
P 1 SIMMS HARDIN COMPANY
LLC

To: EDWIN C. DORVIN
3901 RIDGELAKE DRIVE
UNIT 4B
METAIRIE LA 70002

CODED

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the JOINT PETITION TO
ENFORCE CONTRACTORS' LIENS of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney DANNY G. SHAW and was issued by the Clerk Of Court on
the 15th day of October, 2008.

Brandy G. Gisclair, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS JOINT PETITION TO ENFORCE CONTRACTORS' LEIN;
EXHIBIT A,B,C

081015-6381-8

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____, _____

SERVICE: $ _____        BY: _____
MILEAGE: $ _____            Deputy Sheriff
  TOTAL: $ _20_

IMAGED OCT 2 2 2008